UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FULL NAME<br><br>Petitioner(s),<br><br>SHAOWEN RUAN<br><br>v.<br><br>NAME OF WARDEN<br><br>CYNTHIA ARMANT, WARDEN, DESERT VIEW FACILITY<br><br>Respondent(s). | CASE NUMBER:<br><br>(leave blank – supplied by Clerk of Court) |

**PETITION FOR WRIT OF HABEAS CORPUS BY A PERSON IN IMMIGRATION CUSTODY (28 U.S.C. § 2241)**

**PERSONAL INFORMATION**

1. (a) Your full name: Shaowen Ruan

   (b) Named used by immigration court if different than above: RUAN, SHAOWEN

2. A-Number: A246-478-532

3. Place of Detention: Desert View Facility, 10450 Rancho Road, Adelanto, CA 92301

## CURRENT DETENTION AND IMMIGRATION PROCEEDINGS

4. Date you were taken into present immigration custody or other official restraint:

   July 2, 2026

5. Describe how and where you were taken into immigration custody:

   ICE arrested Petitioner on July 2, 2026 at the USCIS office, 14101 Myford Road, Tustin, California, where he appeared for his scheduled asylum interview. He was taken into ICE custody at the USCIS location before receiving a meaningful opportunity to complete the scheduled interview.

6. What country or countries does the Government allege you are a citizen of?

   People's Republic of China

7. Do you have an order of removal?

   ☐ Yes ☑ No

8. If yes, on what date was the removal order issued? N/A - no removal order has been issued

9. Which countries does the removal order designate for removal? ____________

10. Is the Government trying to remove you to a country or countries other than the countries designated in an order of removal?

    ☐ Yes ☑ No

11. If so, what country or countries? N/A

12. If you have an order of removal, provide the type of order:

    ☐ Removal order issued by an Immigration Judge (IJ)

    ☐ Expedited removal order

☐ Reinstated removal order

☐ Other: ____________________

13. If an IJ issued the order of removal, did you waive an appeal to the Board of Immigration Appeals (BIA)?

☐ Yes ☐ No

14. If you appealed to the BIA, has the BIA dismissed your appeal?

☐ Yes ☐ No

15. If yes, on what date did the BIA dismiss your appeal? N/A

16. If the BIA dismissed your appeal, did you file a petition for review with the Ninth Circuit Court of Appeals?

☐ Yes ☐ No

17. If your case is pending at the Ninth Circuit, do you have a stay of removal?

☐ Yes ☐ No

18. Do you have a pending immigration case in which you are contesting the Government's removal charges or seeking relief from removal?

☑ Yes ☐ No

19. If yes, where is your case currently pending?

☑ Immigration Court

☑ BIA

☐ Ninth Circuit Court of Appeals. Provide Case Number: ____________________

☐ Other ____________________

20. Has an IJ granted any applications for relief from removal?

☐ Yes ☑ No

21. If yes, on what date did the IJ grant the relief? N/A

22. What type of relief from removal?

N/A - no relief from removal has been granted.

23. Have you had a bond hearing in immigration court?

☑ Yes ☐ No

24. If you answered "yes" to Question 23, then provide:

(a) Date of bond hearing: July 23, 2026

(b) The IJ found that:

☑ I am not eligible for a bond hearing.

☐ I cannot be released because I am a danger or flight risk.

☐ I should be released on the following conditions:

☑ Other IJ denied custody redetermination for lack of jurisdiction, relying on Matter of Yajure-Hurtado, 29 I&N Dec. 216 (BIA 2025).

25. If you were denied release at a bond hearing, did you appeal to the BIA?

☑ Yes ☐ No

26. If you answered "yes" to Question 25, then provide:

(a) Date of Appeal to BIA: August 11, 2026

(b) Outcome of Appeal

☐ Affirmed IJ bond decision

☐ Reversed IJ bond decision

☑ I am waiting for BIA bond decision

☐ Other: ______________________________

27. If you answered "no" to Question 25, state if you plan to appeal to the BIA or, if not, explain why you do not plan to appeal to the BIA:

**PREVIOUS DETENTION**

28. Prior to your current detention, have you ever been detained and later released from immigration custody?

☐ Yes ☑ No

29. If you answered "yes" to Question 29, please describe all the periods in which you have previously been in immigration custody.

30. Were you subject to any conditions upon your previous release(s)?

☐ Yes ☐ No

31. If you answered "yes" to uestion 31, please describe any conditions of your previous release(s):

☐ Order of Supervision

☐ Order of Release on Recognizance

☐ Parole

☐ Other: ______________________________

## GROUNDS FOR YOUR PETITION

32. State every ground (reason) that supports your claim that you are being held or restrained unlawfully. State the facts supporting each ground. You may attach additional pages if necessary to provide legal arguments and supporting authority. You may also attach any documents relevant to your claims.

**GROUND ONE**:

Petitioner's detention is governed by 8 U.S.C. § 1226, not mandatory detention under § 1225(b)(2)(A), and he is entitled to the § 1226(a) custody process.

Supporting facts:

See attached Addendum to Question 32, Ground One.

**GROUND TWO**:

Continued civil detention without a lawful individualized custody determination violates the Fifth Amendment.

Supporting facts:

See attached Addendum to Question 32, Ground Two.

**GROUND THREE**:

Intervening Ninth Circuit law defeats the IJ's no-jurisdiction premise; continued detention also materially impairs preparation of Petitioner's asylum/removal defense.

Supporting facts:

See attached Addendum to Question 32, Grounds Three and Four, including the pending BIA appeal and concrete case-preparation prejudice.

## REQUEST FOR RELIEF

33. State exactly what you want the court to do:

See attached Addendum to Question 33. Petitioner requests an Order to Show Cause, a declaration that § 1226 governs his custody, a prompt individualized § 1226(a) custody redetermination, and conditional release if the ordered hearing is not timely provided.

## DECLARATION UNDER PENALTY OF PERJURY

If you are in custody, on what date did you place this petition in the mail system: N/A - filed by counsel

I declare under penalty of perjury that I am the Petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: 9/4/2026

阮力文

*Signature of Petitioner*

*Signature of Attorney or other authorized person, if any*