**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

SHAOWEN RUAN,

Petitioner,

v.

CYNTHIA ARMANT, et al.,

Respondents.

CASE NO. 5:26-cv-05355-SK

**ORDER GRANTING HABEAS PETITION (BOND HEARING)**

Petitioner is a citizen of the People's Republic of China detained at the Adelanto Detention Facility since his arrest on July 2, 2026. He was categorically denied a bond hearing on July 23, 2026 in violation of 8 U.S.C. § 1226(a) of the Immigration and Nationality Act. *See Jennings v. Rodriguez*, 583 U.S. 281, 306 (2018) ("Federal regulations provide that aliens detained under § 1226(a) receive bond hearings at the outset of detention."). Now petitioning for relief under 28 U.S.C. § 2241, he seeks "a declaration that § 1226 governs his custody, a prompt individualized § 1226(a) custody redetermination, and conditional release if the ordered hearing is not timely provided." (ECF 1 at 7).

The petition is GRANTED. *See Rodriguez Vazquez v. Bostock*, No. 25-6842, 2026 WL 2196424, at *3 (9th Cir. July 30, 2026) ("aliens present without admission who are apprehended in the interior of the United States are subject to the detention regime of § 1226, not § 1225(b)(2)(A)"). Respondents are ORDERED to release Petitioner **Shaowen Ruan** (**A# 246-478-532**) within 7 days of this order, unless he is provided an

individualized custody redetermination hearing before an immigration judge in accordance with 8 U.S.C. § 1226(a). *See Rodriguez Vazquez*, 2026 WL 2196424, at *5 (“A § 1226(a) detainee will be released on bond if he demonstrates by a preponderance of the evidence that he is not a flight risk or a danger to the community.”).

IT IS SO ORDERED.



DATED: September 17, 2026

HON. STEVE KIM
United States Magistrate Judge