JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SHAOWEN RUAN,<br>Petitioner,<br>v.<br>CYNTHIA ARMANT, et al.,<br>Respondents. | CASE NO. 5:26-cv-05355-SK<br>**JUDGMENT** |

In accordance with the Order Granting Habeas Petition, IT IS ADJUDGED that the petition under 28 U.S.C. § 2241 is granted in Petitioner's favor. **Shaowen Ruan** (**A# 246-478-532**) shall be released within 7 days of this order, unless he is provided an individualized custody redetermination hearing before an immigration judge in accordance with 8 U.S.C. § 1226(a).

DATED: September 17, 2026

HON. STEVE KIM
United States Magistrate Judge